# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### (CHARLESTON DIVISION)

| | |
|---|---|
| SOUTH CAROLINA COASTAL CONSERVATION LEAGUE, SOUTH CAROLINA NATIVE PLANT SOCIETY, AMIGOS BRAVOS, NATURAL RESOURCES DEFENSE COUNCIL, SAVANNAH RIVERKEEPER, WATERKEEPER ALLIANCE,<br><br>Plaintiffs,<br>v.<br><br>ANDREW R. WHEELER, in his official capacity as Administrator of the United States Environmental Protection Agency, and the UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendants. | Case No. 2:20-cv-03062-DCN<br><br><br>**ORDER GRANTING MOTION TO INTERVENE BY AMERICAN PETROLEUM INSTITUTE AND INTERSTATE NATURAL GAS ASSOCIATION OF AMERICA** |

This matter comes before the Court upon review of the American Petroleum Institute ("API") and the Natural Gas Association of America ("INGAA")'s Motion to Intervene [ECF No. 15] filed on September 11, 2020, pursuant to Rule 24 of the Federal Rules of Civil Procedure. API and INGAA are entitled to intervene as a matter of right pursuant to Fed. R. Civ. P. 24(a)(2) because: (1) the motion is timely; (2) API and INGAA have a significant protectable interest relating to the subject of the suit; (3) that interest may be impaired or impeded by the disposition of this case; and (4) none of the other parties adequately represent API and INGAA's interests. API and INGAA may also intervene pursuant to Fed. R. Civ. P. 24(b)(1)(B) because the defenses that API and INGAA would assert present questions of law and fact in common with the underlying suit and would respond directly to the Plaintiffs' claims.

API and INGAA are instructed to file a proposed answer and answers to interrogatories pursuant to Local Rule 26.01 within 7 days after filing of the defendants' initial pleading.

Therefore, **IT IS HEREBY ORDERED**:

API and INGAA's Motion to Intervene is **GRANTED**.

**IT IS SO ORDERED**.

                                      David C. Norton
                                      United States District Judge

October 7, 2020
Charleston, South Carolina