# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| SOUTH CAROLINA COASTAL CONSERVATION LEAGUE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and MICHAEL S. REGAN, in his official capacity as the Administrator of the United States Environmental Protection Agency, <br><br> Defendants, <br><br> AMERICAN PETROLEUM INSTITUTE, *et al.*, <br><br> Defendant-Intervenors, <br><br> NATIONAL HYDROPOWER ASSOCIATION, <br><br> Defendant-Intervenors, <br><br> STATE OF LOUISIANA, *et al.*, <br><br> Defendant-Intervenors. | Civil Action No. 2:20-cv-03062-BHH <br><br> **ORDER SETTING BRIEFING SCHEDULE FOR EPA'S MOTION FOR REMAND WITHOUT VACATUR** |

Based on the consent motion by Defendants United States Environmental Protection Agency and Michael S. Regan, in his official capacity as the Administrator of the United States Environmental Protection Agency (collectively, "EPA"), the Court hereby sets the following schedule for briefing on EPA's motion for remand without vacatur:

EPA shall file its motion for remand without vacatur of the Certification Rule no later than July 1, 2021;

Intevenor-Defendants shall file briefs in support of EPA's motion, of no more than a combined total 35 pages, no later than July 15, 2021;

Opposition brief(s) shall be due by July 22, 2021;

EPA's reply brief in support of its motion shall be due by August 5, 2021.

**IT IS SO ORDERED.**

Dated:  June 21, 2021.

                                                  s/ Bruce Howe Hendrickson
                                                  The Honorable Bruce Howe Hendricks
                                                  United States District Court Judge